THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DONALD A. J. RAY, Appellant.

Argued February 26, 1940; decided March 5, 1940.

*A. Edward Krieger, District Attorney,* for motion.

*Henry P. Nevins* and *John H. Ryan* opposed.

Motion granted and appeal dismissed.